## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERNEST ANDRADE-BARTELDES, on behalf of himself and all others similarly situated, | ) ) ) | No. 1:23-cv-00495 |
| Plaintiff, | ) ) ) | |
| -against- | ) ) ) | |
| ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF CONSENT
## PURSUANT TO 29 U.S.C. § 216(B)

I, ___Monique Pappas___, hereby consent to join the above-captioned action as a plaintiff to assert claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq. I hereby designate the law firm of Levine & Blit, PLLC, to represent me for all purposes in this action.

Dated: ___1/23/23___

Signature: _____

Printed Name: ___Monique Pappas___