UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ERNEST ANDRADE-BARTELDES, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA, <br><br> Defendants. | No. 1:23-cv-00495 |

NOTICE OF CONSENT
PURSUANT TO 29 U.S.C. § 216(B)

I, __KANTASUDA RIDER__, hereby consent to join the above-captioned action as a plaintiff to assert claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq. I hereby designate the law firm of Levine & Blit, PLLC, to represent me for all purposes in this action.

Dated: __01/25/2023__         Signature: _____

                              Printed Name: __KANTASUDA RIDER__