UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST ANDRADE-BARTELDES, on behalf of himself and all others similarly situated, | No. 1:23-cv-00495 |
| Plaintiff, | |
| -against- | |
| ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA, | |
| Defendants. | |

**NOTICE OF CONSENT**
**PURSUANT TO 29 U.S.C. § 216(B)**

I, _Peter Schmitz_, hereby consent to join the above-captioned action as a plaintiff to assert claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq. I hereby designate the law firm of Levine & Blit, PLLC, to represent me for all purposes in this action.

Dated: 1/25/23

Signature: _Peter A. Schmitz_

Printed Name: _Peter A SCHMITZ_