# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ERNEST ANDRADE-BARTELDES, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| -against- | )<br>)<br>) |
| ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

No. 1:23-cv-00495

## NOTICE OF CONSENT
## PURSUANT TO 29 U.S.C. § 216(B)

I, _Zarui Migranyan-McKinney_, hereby consent to join the above-captioned action as a plaintiff to assert claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq.

I hereby designate the law firm of Levine & Blit, PLLC, to represent me for all purposes in this action.

Dated: _02/12/2023_

Signature: _____

Printed Name: _Zarui Migranyan-McKinney_