UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST ANDRADE-BARTELDES, on behalf
of himself and all others similarly situated,

                     Plaintiff,

    -against-

ASA COLLEGE, INC.,
ALEXANDER SHCHEGOL, and
JOSE VALENCIA,

                  Defendants.

No. 1:23-cv-00495

NOTICE OF CONSENT
PURSUANT TO 29 U.S.C. § 216(B)

I, JOSEPHINE BRITANICO, hereby consent to join the above-captioned action as a

plaintiff to assert claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq.

I hereby designate the law firm of Levine & Blit, PLLC, to represent me for all purposes in this

action.

Dated: _3 - 3 - 23_

Signature: _JM Britanico_

Printed Name: _JOSEPHINE BRITANICO_