UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST ANDRADE-BARTELDES, on behalf
of himself and all others similarly situated,

    Plaintiff,

-against-

ASA COLLEGE, INC.,
ALEXANDER SHCHEGOL, and
JOSE VALENCIA,

    Defendants.

No. 1:23-cv-00495

**NOTICE OF CONSENT
PURSUANT TO 29 U.S.C. § 216(B)**

I, ALEKSANDR Kunitsa, hereby consent to join the above-captioned action as a plaintiff to assert claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq.

I hereby designate the law firm of Levine & Blit, PLLC, to represent me for all purposes in this action.

Dated: 3/06/2023

Signature: _____

Printed Name: ALEKSANDR Kunitsa