**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ERNEST ANDRADE-BARTELDES, on behalf )
of himself and all others similarly situated, )     No. 1:23-cv-00495
                                              )
                     Plaintiff, )
                                              )
-against-                                     )
                                              )
ASA COLLEGE, INC.,                            )
ALEXANDER SHCHEGOL, and                       )
JOSE VALENCIA,                                )
                                              )
                     Defendants. )

---

**NOTICE OF CONSENT**
**PURSUANT TO 29 U.S.C. § 216(B)**

I, __RYAN NASIM__, hereby consent to join the above-captioned action as a plaintiff to assert claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq. I hereby designate the law firm of Levine & Blit, PLLC, to represent me for all purposes in this action.

Dated: 03/23/2023          Signature: _[signature]_

                                         Printed Name: RYAN NASIM