UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2023
```

------------------------------------------------------------------X
                                                                  :
ERNEST ANDRADE-BARTELDES,                                         :
on behalf of himself and all others similarly situated,          :
                                                                  :
                                    Plaintiffs,                   :          23-cv-00495 (LJL)
                                                                  :
                    -v-                                           :              ORDER
                                                                  :
ASA COLLEGE, INC., ALEXANDER SHCHEGOL,                            :
and JOSE VALENCIA,                                               :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

An Initial Pretrial Conference was held in this matter on March 28, 2023.  Counsel for

Plaintiffs appeared at the conference.  Pro Se Defendant Jose Valencia appeared at the

conference.  No other Defendants appeared at the conference.  The case management plan is

approved, but the Court to revise all deadlines by extending them an additional 7 days.  Plaintiff

is to make its motion for class certification, including addressing the issue of federal jurisdiction,

by April 4, 2023.  Defendant's opposition is due by April 21, 2023.  Plaintiff's reply is due by

April 28, 2023.  The Court noted to Defendant the availability of the NYLAG Pro Se Clinic for

legal assistance.

The Clerk of Court is respectfully directed to send a copy of this order to the Pro Se

Defendant.


SO ORDERED.

Dated: March 30, 2023
       New York, New York          _____
                                             LEWIS J. LIMAN
                                        United States District Judge