```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                            :
ERNEST ANDRADE-BARTELDES,                                   :
                                                            :
                           Plaintiff,                       :
                                                            :        23-cv-00495 (LJL)
             -v-                                            :
                                                            :             ORDER
JOSE VALENCIA et al.,                                       :
                                                            :
                           Defendants.                      :
                                                            :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Defendant Jose Valencia shall show cause by June 21, 2023 why he should not be deemed in default given his failure to respond to the motion to conditionally certify the class and collective, Dkt. No. 49, engage in discovery, or to provide the Court with an updated address.

     SO ORDERED.

Dated: June 7, 2023  
       New York, New York

                                                   LEWIS J. LIMAN  
                                                   United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 6/7/2023