UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/7/2023___
```

---------------------------------------------------------------X
:
:
ERNEST ANDRADE-BARTELDES,                          :
:
                              Plaintiff,           :           23-cv-00495 (LJL)
:
          -v-                                      :               ORDER
:
JOSE VALENCIA et al.,                              :
:
                              Defendant.           :
:
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Defendant Jose Valencia shall show cause by July 21, 2023 why he should not be

deemed in default given his failure to respond to the motion to conditionally certify the class and

collective, Dkt. No. 49, engage in discovery, or to provide the Court with an updated address.

    The Clerk of Court is respectfully directed to send a copy of this order to the Pro Se

Defendant.


    SO ORDERED.


Dated: July 7, 2023                          _____
      New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge