```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ERNEST ANDRADE-BARTELDES,                                         :
                                                                  :
                              Plaintiff,                          :
                                                                  :           23-cv-00495 (LJL)
              -v-                                                 :
                                                                  :                ORDER
JOSE VALENCIA ET AL.,                                             :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The parties are to inform the Court by no later than November 29, 2023, the status of this case, including whether Plaintiff requires the Court to address the motion for an order granting conditional certification of the FLSA collective and certifying a class pursuant to Federal Rule of Civil Procedure 23. Dkt. No. 49.

    The Clerk of Court is respectfully directed to send a copy of this Order to the Pro Se Defendant.

SO ORDERED.

Dated: November 22, 2023  
       New York, New York

                                                    LEWIS J. LIMAN  
                                         United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 11/22/2023