```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ERNEST ANDRADE-BARTELDES,                                          :
                                                                   :
                              Plaintiff,                           :
                                                                   :     23-cv-00495 (LJL)
         -v-                                                       :
                                                                   :        ORDER
JOSE VALENCIA ET AL.,                                              :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Pro Se Defendant Jose Valencia shall show cause by January 5, 2024 why the Court should not direct the Clerk of Court to enter a Certificate of Default as to him for his failure to "otherwise defend" in this action pursuant to Federal Rule of Civil Procedure 55(a), given he did not respond to the motion to conditionally certify the class and collective, Dkt. No. 49, did not engage in discovery, did not provide the Court with an updated address, and did not respond to the Court's previous Orders to show cause, Dkt. Nos. 56, 57.

      The Clerk of Court is respectfully directed to send a copy of this Order to the Pro Se Defendant at the address on file for Mr. Valencia.

      SO ORDERED.

Dated: December 13, 2023
       New York, New York
                                                LEWIS J. LIMAN
                                        United States District Judge

[Stamp:]
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2023