UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERNEST ANDRADE-BARTELDES, on behalf of
himself and all others similarly situated,

                      Plaintiff,

      -against-                                      23 **CIVIL** 0495 (LJL)

                                                            **CLERK'S CERTIFICATE**
ASA COLLEGE, INC., ALEXANDER SHCHEGOL,          **OF DEFAULT**
and JOSE VALENCIA,

                      Defendant.
------------------------------------------------------------------X

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 20, 2023, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Jose Valencia by personally serving Ms. Keiko, Agent of ASA College on February 1, 2023 and mailed same copy to given business address at 151 Lawrence Street, Brooklyn, NY 11201, *and proof of service was therefore filed on* February 17, 2023, *Doc. #(s)* 33.

     I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:**  New York, New York

      January 22, 2024                                   **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                                        **BY:**               [signature]
                                                                    _____
                                                                      **Deputy Clerk**