UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST ANDRADE-BARTELDES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ASA COLLEGE, INC.,<br>ALEXANDER SHCHEGOL, and<br>JOSE VALENCIA,<br><br>Defendants. | No. 1:23-cv-00495<br><br>CLERK'S CERTIFICATE OF DEFAULT |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 20, 2023, with the filing of a summons and complaint, a copy of the summons and complaint was served upon defendant ASA COLLEGE, INC. on February 1, 2023 by serving Ms. Keiko, an agent of ASA COLLEGE, INC. authorized to accept service of process, and proof of service was therefore filed on February 17, 2023, Doc. #32. I further certify that the docket entries indicate that the defendant ASA COLLEGE, INC. has not filed an answer or otherwise moved with respect to the complaint herein and has failed to defend this action. The default of the defendant ASA COLLEGE, INC. is hereby noted.

Dated: New York, New York
      January ____ , 2024

RUBY J. KRAJICK
Clerk of Court

By: _____
    Deputy Clerk