# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST ANDRADE-BARTELDES, on behalf of himself and all others similarly situated, ) ) ) | No. 1:23-cv-00495 |
| Plaintiff, ) | |
| -against- ) | CLERK'S CERTIFICATE OF DEFAULT |
| ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA, ) ) ) | |
| Defendants. ) | |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 20, 2023, with the filing of a summons and complaint, a copy of the summons and complaint was served upon defendant ALEXANDER SHCHEGOL on February 8, 2023 by serving Deborah "Doe", an authorized agent of ALEXANDER SHCHEGOL at defendant ALEXANDER SHCHEGOL's actual place of business, and proof of service was therefore filed on February 13, 2023, Doc. #30. I further certify that the docket entries indicate that the defendant ALEXANDER SHCHEGOL has not filed an answer or otherwise moved with respect to the complaint herein and has failed to defend this action. The default of the defendant ALEXANDER SHCHEGOL is hereby noted.

Dated: New York, New York
      January ____, 2024

RUBY J. KRAJICK
Clerk of Court

By: _____
    Deputy Clerk