UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST ANDRADE-BARTELDES, on behalf of himself and all others similarly situated, | No. 1:23-cv-00495 |
| Plaintiff, | |
| -against- | NOTICE OF MOTION |
| ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA, | |
| Defendants. | |

Pursuant to 18 U.S.C. § 401, plaintiff Ernest Andrade-Barteldes, a certified class of professors or instructors, and conditionally certified collective of professors or instructors (hereinafter, Mr. Andrade-Barteldes and the certified class and conditionally certified collective shall be jointly referred to as the "Class"), by and through their counsel, Levine & Blit, PLLC, hereby respectfully move this Court located at 500 Pearl Street, New York, New York, at a date and time determined by the Court, for an Order granting Class's Motion to Hold Defendants in Civil Contempt.

In support of the Class's Motion Hold Defendants in Civil Contempt, Class Counsel has contemporaneously filed the Declaration of Justin S. Clark, Esq. in Support, along with all exhibits annexed thereto, and a Memorandum of Law in Support of Plaintiff's Motion to Hold Defendants in Civil Contempt.

Dated: February 13, 2024
Rye Brook, NY

Respectfully submitted,

Justin S. Clark
LEVINE & BLIT, PLLC

The telephonic conference scheduled for February 23, 2024 at 3:00 PM is hereby converted to an in-person proceeding. All parties are directed to appear in person in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman, to discuss the outstanding issues in this case. The Clerk of Court is respectfully directed to send a copy of this Order to the pro se Defendant at the address on file for him.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

February 14, 2024

1

800 Westchester Ave., Suite S-322
Rye Brook, NY 10573
(212) 967-3000
jclark@levineblit.com
*Attorneys for Plaintiff and the Class*