

Justin S. Clark, Esq.
800 Westchester Avenue, Suite S-322
Rye Brook, New York 10573
Phone: 212-967-3000
Email: jclark@levineblit.com

August 6, 2024

**VIA ECF**
United States District Court
Honorable Lewis J. Liman
500 Pearl Street
New York, NY 10007

  Re: *Andrade-Barteldes v. ASA College, Inc., et al.* – No. 23-cv-495
    Status Report

Dear Judge Liman,

  This firm represents the plaintiff, Ernest Andrade-Barteldes, along with the certified class and collective, in the above-referenced civil action. I submit this Status Report pursuant to the Court's Order dated July 23, 2024. (ECF Doc. #88).

  Neither I nor any other attorney at my firm has been contacted by Jose Valencia or any other defendant in this action since March 12, 2024, as detailed in my prior Letter submitted to the Court on March 13, 2024. (ECF Doc. #85). Likewise, neither I nor any other attorney at my firm has received a class list from any defendant that complies with the Court's Order dated December 4, 2023. (ECF Doc. #61). As such, Mr. Valencia and the other defendants in this action remain in contempt of this Court. (ECF Doc. #79).

  Thank you for the Court's time and attention to this matter.

       Respectfully submitted,

       LEVINE & BLIT, PLLC

       Justin S. Clark