UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDRADE-BARTELDES,

              Plaintiff,

     -v-

ASA COLLEGE, INC. ET AL,

             Defendants.
-----------------------------------------------------------------X

23-cv-00495 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Status Conference previously set for December 20, 2024 is RESCHEDULED to January 6, 2025 at 2:00PM. Parties are directed to dial into the Court's new teleconference line at 646-453-4442 and use conference ID# 358639322.

The Clerk of Court is respectfully directed to send a copy of this Order to the Pro Se Defendant.

SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                     United States District Judge