

Matthew J. Blit, Esq.<br>
800 Westchester Avenue, Suite S-322<br>
Rye Brook, New York 10573<br>
Phone: 212-967-3000<br>
Email: mblit@levineblit.com

December 20, 2024

**VIA ECF**
United States District Court
Honorable Lewis J. Liman
500 Pearl Street
New York, NY 10007

   **Re: Andrade-Barteldes v. ASA College, Inc., et al. – No. 1:23-cv-00495**
     Letter Motion to Adjourn Status Conference

Dear Judge Liman,

  This firm represents the plaintiff Ernest Andrade-Barteldes and the certified collective/class in the above-referenced civil action. The undersigned submits this Letter Motion requesting an adjournment of the Telephone Status Conference before the Court scheduled for January 6, 2025 at 2:00 P.M. The undersigned and Justin S. Clark will be engaged in a trial beginning on January 6, 2025. This is the first request for such relief. Mr. Valencia has consented to this request. The undersigned has conferred with Mr. Valencia and his counsel concerning availability of the parties for a Telephone Status Conference. The parties are available January 14, 2025, and January 29-31 of 2025.

  Thank you for the Court's time and attention to this matter.

        Respectfully submitted,

        LEVINE & BLIT, PLLC

        */s/ Matthew J. Blit*
        Matthew J. Blit

---

The telephonic status conference scheduled for January 6, 2025 is adjourned to January 31, 2025 at 11:00 AM.

SO ORDERED.<br>
_/s/ Lewis J. Liman_<br>
LEWIS J. LIMAN<br>
United States District Judge<br>
<br>
December 23, 2024