```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ERNEST ANDRADE-BARTELDES,                                          :
                                                                   :
                              Plaintiff,                           :
                                                                   :       23-cv-00495 (LJL)
            -v-                                                    :
                                                                   :              ORDER
JOSE VALENCIA ET AL.,                                              :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court preliminarily approves the settlement agreement with Defendant Jose Valencia and authorizes class notice. Plaintiff shall submit a letter no later than January 17, 2025, setting forth proposed dates for notices of exclusion, objections, and a settlement hearing. Plaintiff shall also address whether, in light of the two-year statute of limitations for certain FLSA claims and the time period alleged for the collective, as well as the certification of the Rule 23 class, there is any basis for Plaintiff to maintain a FLSA collective action or to invite persons to file opt-in notices. Such letter may address the potential viability of equitable tolling on the distinctive facts of this case.

      The Clerk of Court is respectfully directed to close Dkt. No. 101.

      SO ORDERED.

Dated: December 27, 2024
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2024