

Justin S. Clark
jclark@mpmlaw.com
207-523-8290

February 6, 2025

**MEMO ENDORSEMENT.**
The Court entered in error in the minute entry of January 31, 2025 a date for a final pretrial conference and trial. The dates have since been removed from the entry and the entry no longer reflects such dates.

2/6/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF**
United States District Court
Honorable Lewis J. Liman
500 Pearl Street
New York, NY 10007

Re:   *Andrade-Barteldes v. ASA College, Inc., et al.* - **No. 1:23-cv-00495**
Inquiry regarding ECF Docket Entry on Feb. 3, 2025

Dear Judge Liman,

This firm, along with the law firm of Levine & Blit, PLLC, serve as co-class counsel for the certified class and collective in the above-referenced civil action. I submit this correspondence because I believe an error was made in the ECF Docket entry dated Feb. 3, 2025. The ECF Docket entry reads, in pertinent part, "Final Pretrial Conference set for March 20, 2025 at 3:00 PM in Courtroom 15C at the 500 Pearl Street Courthouse before Judge Lewis J. Liman. Jury Trial set for March 24, 2025 at 9:30 AM in Courtroom 15C at the 500 Pearl Street Courthouse before Judge Lewis J. Liman." I believe an error in the ECF Docket was made because the Court's prior Order (ECF Docket #109) directed class counsel to send class notice on March 7, 2025 and scheduled a Fairness Hearing on the settlement with defendant Jose Valencia for May 20, 2025. The remaining defendants are in default and co-class counsel intend on moving for default judgment against the remaining defendants subsequent to the close of the opt-out period.

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

Justin S. Clark

Celebrating over 50 years and thousands of valued relationships
75 Pearl Street   PO Box 9785   Portland, ME 04104-5085   (207) 773-5651
www.mpmlaw.com