UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ERNEST ANDRADE-BARTELDES, on behalf of  )    No. 1:23-cv-00495 (LJL)
himself and other similarly situated,   )
                                        )
                 Plaintiff,             )
                                        )
      -against-                         )
                                        )
ASA COLLEGE, INC., ALEXANDER            )
SHCHEGOL, and JOSE VALENCIA,            )
                                        )
                 Defendants.            )
```

## CONSENT TO SUE

I WANT TO JOIN THE LAWSUIT pending in the United States District Court for the Southern District of New York, Case No. 1:23-cv-00495, that asserts claims under the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid minimum wages that may be owed to me and, that by joining this lawsuit, I will become a plaintiff pursuant to the Fair Labor Standards Act. I choose to be represented by Class Counsel.

Date: 3-17-2025

_____
Signature

SRIDEVI AYLOO
_____
Printed Name