UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST ANDRADE-BARTELDES, on behalf of himself and other similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA, <br><br> Defendants. | No. 1:23-cv-00495 (LJL) |

### CONSENT TO SUE

I WANT TO JOIN THE LAWSUIT pending in the United States District Court for the Southern District of New York, Case No. 1:23-cv-00495, that asserts claims under the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid minimum wages that may be owed to me and, that by joining this lawsuit, I will become a plaintiff pursuant to the Fair Labor Standards Act. I choose to be represented by Class Counsel.

Date: MARCH 10, 2025

Signature

ALICIA A. APO

Printed Name