UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNEST ANDRADE-BARTELDES, on behalf of )
himself and other similarly situated, )
)
                Plaintiff, )
)
   -against- )
)
ASA COLLEGE, INC., ALEXANDER )
SHCHEGOL, and JOSE VALENCIA, )
)
              Defendants. )
)

No. 1:23-cv-00495 (LJL)

---

## CONSENT TO SUE

    I WANT TO JOIN THE LAWSUIT pending in the United States District Court for the

Southern District of New York, Case No. 1:23-cv-00495, that asserts claims under the Fair Labor

Standards Act. I understand that this lawsuit seeks unpaid minimum wages that may be owed to

me and, that by joining this lawsuit, I will become a plaintiff pursuant to the Fair Labor

Standards Act. I choose to be represented by Class Counsel.

Date: **03/20/25**

_Ann Marie Ramsey_
Signature

_Ann Marie Ramsay_
Printed Name

6