UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST ANDRADE-BARTELDES, on behalf of ) No. 1:23-cv-00495 (LJL)
himself and other similarly situated,

          Plaintiff,

-against-

ASA COLLEGE, INC., ALEXANDER
SHCHEGOL, and JOSE VALENCIA,

          Defendants.

## CONSENT TO SUE

I WANT TO JOIN THE LAWSUIT pending in the United States District Court for the Southern District of New York, Case No. 1:23-cv-00495, that asserts claims under the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid minimum wages that may be owed to me and, that by joining this lawsuit, I will become a plaintiff pursuant to the Fair Labor Standards Act. I choose to be represented by Class Counsel.

Date: 3/17/25

_____
Signature

Alisa Zarrin
_____
Printed Name