UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNEST ANDRADE-BARTELDES, on behalf of ) No. 1:23-cv-00495 (LJL)
himself and all others similarly situated, )
)
Plaintiff, )
)
-against- ) NOTICE OF MOTION
)
ASA COLLEGE, INC., ALEXANDER )
SHCHEGOL, and JOSE VALENCIA )
)
Defendants. )

---

**PLEASE TAKE NOTICE** that plaintiff Ernest Andrade-Barteldes, on behalf of himself and all others similarly situated, by and through Class Counsel, shall move this Honorable Court for an Order granting Default Judgment against defendants ASA College, Inc. and Alexander Shchegol pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York. Plaintiff's Motion for Default Judgment is supported by the Declaration of Justin S. Clark, along with all exhibits annexed thereto, the Declaration of Ernest Andrade-Barteldes dated August 18, 2025, and Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to Plaintiff's Motion for Default Judgment must be served upon the undersigned Class Counsel and filed with the Court on or before September 9, 2025.

**PLEASE TAKE FURTHER NOTICE** that a hearing on this Motion for Default Judgment will be held on September 18, 2025 at 2:00 P.M. before the Honorable Lewis J. Liman, 500 Pearl Street, Courtroom 15C, New York, New York 10007.

1

Dated: August 21, 2025

/s/

Justin S. Clark
MURRAY, PLUMB & MURRAY
75 Pearl Street, Suite 300
Portland, ME 04101
(207) 523-8290
jclark@mpmlaw.com
*Counsel for Ernest Andrade-Barteldes and the Class*

Matthew J. Blit
Russell S. Moriarty
LEVINE & BLIT, PLLC
800 Westchester Ave., S-322
Rye Brook, NY 10573
(212) 967-3000
mblit@levineblit.com
rmoriarty@levineblit.com
*Counsel for Ernest Andrade-Barteldes and the Class*