

September 10, 2025

> The request is granted. The hearing on the default judgment motion scheduled for September 18, 2025, is adjourned to November 6, 2025, at 12:00 PM.
>
> SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge
>
> September 11, 2025

**VIA ECF**
United States District Court
Honorable Lewis J. Liman
500 Pearl Street
New York, NY 10007

Re: *Andrade-Barteldes v. ASA College, Inc., et al.* – No. **1:23-cv-00495**
Letter Motion for an Extension of Time to Oppose Defendants' Cross-Motion to Vacate the Default and Dismiss; and Adjournment of Default Judgment Hearing

Dear Judge Liman,

This firm represents the plaintiff Ernest Andrade-Barteldes and the certified Class and Collective of former professors or instructors. On August 21, 2025, plaintiff and the Class/Collective filed a Motion for Default Judgment against defendants ASA College, Inc. and Alexander Shchegol (collectively, "Defendants"). On September 9, 2025, Defendants filed a Notice of Cross-Motion to Vacate the Default against Defendants and Dismiss the Complaint pursuant to FRCP 12(b)(5). The Court had previously scheduled a hearing on the default judgment motion for September 18, 2025 at 2:00 P.M.

Plaintiff and the Class/Collective respectfully request an extension of time to respond to Defendants' Cross-Motion to October 10, 2025; and an adjournment of the hearing on the Motion for Default Judgment to October 30, 2025. This is the first request for such relief. Counsel for Defendants has consented to plaintiff's request for an extension of time to oppose Defendants' Cross-Motion and to plaintiff's request for an adjournment of the hearing on the Default Judgment Motion. Defendants have requested an opportunity to submit a reply brief in connection with their Cross-Motion on October 20, 2025, to which Plaintiff's counsel and Class counsel provides their consent.

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

Justin S. Clark

75 Pearl Street   PO Box 9785   Portland, ME 04104-5085   (207) 773-5651
www.mpmlaw.com