UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :

ERNEST ANDRADE-BARTELDES,            :

                                            :

              Plaintiff,          :

                                            :          23-cv-495 (LJL)

      -v-                         :

                                            :             ORDER

ASA COLLEGE, INC., et al.,              :

                                          :

              Defendants.       :

                                          :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As indicated on the record at the conference yesterday, November 6, 2025, the Court will

hold an evidentiary hearing regarding the motion for default judgment and cross-motion to

vacate default on November 17, 2025, at 10:00 AM in Courtroom 15C, 500 Pearl Street, New

York, NY 10007.  By November 11, 2025, the parties shall submit letters to the Court indicating

their expected witnesses and the estimated length of time for those examinations.

      SO ORDERED.

Dated: November 7, 2025
      New York, New York                               LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2025