```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERNEST ANDRADE-BARTELDES,

                Plaintiff,

    -v-                                    23-cv-495 (LJL)

ASA COLLEGE, INC., et al.,              ORDER

                Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties have filed a stipulation agreeing to litigate this case on the merits. It is therefore ORDERED that the evidentiary hearing scheduled for November 17, 2025, at 10:00 AM is CANCELED.

It is further ORDERED that a telephonic Case Management Conference is scheduled for January 8, 2026, at 12:00 PM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

The cross motions for default judgment and to vacate default are deemed withdrawn. The Clerk of Court is respectfully directed to close Dkt. Nos. 159 and 167.

SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge