UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2026

ERNEST ANDRADE-BARTELDES,

              Plaintiff,

    -v-

ASA COLLEGE, INC., *et al.*,

              Defendants.

**ORDER**

23-CV-495 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

The settlement conference scheduled for March 23, 2026 was canceled due to unforeseen travel problems. The parties are directed to confer about their availability and to submit three proposed dates for a settlement conference to the undersigned's chambers via email by **March 26, 2026**.

**SO ORDERED.**

Dated: March 23, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge