UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2026

ERNEST ANDRADE-BARTELDES,

               Plaintiff,

      -v-

ASA COLLEGE, INC., *et al.*,

         Defendants.

**ORDER**

23-CV-495 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

A settlement conference was held on May 4, 2026.  In light of the agreement reached during the settlement conference, the parties shall file a joint status letter by **June 10, 2026.**

**SO ORDERED.**

Dated: May 11, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge