USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST ANDRADE-BARTELDES,

Plaintiff,

-v-

ASA COLLEGE, INC., et al.,

Defendants.

23-cv-495 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court adjourned the status conference previously scheduled in this case for June 17, 2026 based on the parties' representation that a motion for preliminary approval of the settlement agreement would be submitted by July 31, 2026. Dkt. No. 191. No such motion has been filed. Accordingly, the Court will hold a telephonic status conference on August 12, 2026 at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

SO ORDERED.

Dated: August 4, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge