USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST ANDRADE-BARTELDES, *on behalf of himself and all others similarly situated*,

Plaintiff,

-v-

ASA COLLEGE, INC., et al.,

Defendants.

23-cv-495 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is Plaintiff Ernest Andrade-Barteldes's motion for an Order granting preliminary approval of the proposed settlement agreement between the Class and Collective, on the one hand, and Defendants ASA College, Inc. and Alexander Shchegol, on the other hand, and directing that the proposed Class Notice of Settlement be distributed. Dkt. No. 193.

The Court has scheduled a telephonic status conference in this matter on August 12, 2026 at 12:00 p.m. Dkt. No. 192. That conference is now converted to a hearing for preliminary approval of the class action settlement. Parties and the public are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

The parties should be prepared to address, among other issues: (1) whether there exists any other agreement between Defendants and class counsel or class counsel and named Plaintiff; (2) whether Plaintiff's counsel will apply for attorneys' fees; (3) who will provide notice and

administer the settlement and pay the costs therefor; and (4) whether it is contemplated that named Plaintiff will receive an incentive award.

SO ORDERED.

Dated: August 11, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge